UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA GLYNN BROOKS,

    Plaintiff,

v.

                                      Hon. Paul L. Maloney

                                      Case No. 1:16-cv-00814-PLM-PJG

EDMOUND GLYNN, et al,.

    Defendants.

_____/

## REPORT AND RECOMMENDATION

    This is a civil rights action brought by a *pro se* plaintiff under 42 U.S.C. § 1983. Plaintiff filed her complaint on June 27, 2016. (ECF No.1). The Court granted her request to proceed *in forma pauperis* on July 1, 2016. (ECF No. 4). On July 7, 2016, the Court entered an Order directing plaintiff to provide the Court with addresses of the named defendants within 21 days. (ECF No. 6).

    On August 24, 2016, after receiving no response from plaintiff, the Court issued an order to show cause why this matter should not be dismissed "for want of prosecution and failure to comply with the rules and orders of this court." (ECF No. 6, PageID.13). The Court directed plaintiff to file a written response to the show-cause order by September 14, 2016. (*Id.*). Plaintiff has, again, failed to respond.

**Recommended Disposition**

For the foregoing reasons, I recommend that plaintiff's complaint be dismissed for want of prosecution and for failure to comply with the rules and orders of this Court.  FED. R. CIV. P. 41(b) and W.D. MICH. LCIVR 41.1.


Dated:   September 20, 2016            /s/  Phillip J. Green            
                                       United States Magistrate Judge


**NOTICE TO PARTIES**
Any objections to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you.  28 U.S.C. § 636(b)(1)(C); FED. R. CIV. P. 72(b).  All objections and responses to objections are governed by W.D. MICH. LCIVR 72.3(b).  Failure to file timely and specific objections may constitute a waiver of any further right of appeal.  See *Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).  General objections do not suffice.  See *McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).