UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA GLYNN BROOKS,

    Plaintiff,

v.

                                                      Case No.: 1:16-cv-814

EDMOUND GLYNN et al.,                    HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 8). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's complaint is DISMISSED for the reasons stated in the Report and Recommendation.

Dated: October 13, 2016                                 /s/ Paul L. Maloney
                                                                    Paul L. Maloney
                                                                    United States District Judge