UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA GLYNN BROOKS,

    Plaintiff,

Case No. 1:16-cv-814

v.

HONORABLE PAUL L. MALONEY

EDMOUND GLYNN, et al.,

    Defendants,
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered.


Date:  October 13, 2016          /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge